UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK SCHOOLS INSURANCE RECIPROCAL,

         Plaintiff,

   -v-

OHIO SECURITY INSURANCE COMPANY *and*
ACCIDENT FUND INSURANCE COMPANY OF
AMERICA,

         Defendants.

26 Civ. 1126 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 17, 2026, the Court issued an order staying all proceedings in a related case, *Ohio Security Insurance Company v. Accident Fund Insurance Company of America*, No. 25 Civ. 3948 (PAE), due to the pending summary judgment motions in the underlying state-court action. The above-captioned case arises from the same underlying state-court action. Accordingly, the Court directs the parties to file a joint letter on the docket of this case stating whether the pending summary judgment motions in the state proceeding bear on the above-captioned case, and setting out the parties' views as to next steps in this case. The letter shall be due by March 16, 2026 and shall not exceed three single-spaced pages.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 9, 2026
   New York, New York