UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW YORK SCHOOLS INSURANCE RECIPROCAL,

                                    Plaintiff,

        -v-

OHIO SECURITY INSURANCE COMPANY *and*
ACCIDENT FUND INSURANCE COMPANY OF
AMERICA,

                                    Defendants.

---

26 Civ. 1126 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's initial pre-trial conference, the Court hereby sets the following schedule and deadlines for the parties' anticipated partial summary judgment motions as to the duty to defend, consistent with the schedule previously set in related case *Ohio Security Insurance Company v. Accident Fund Insurance Company of America*, 25 Civ. 3948:

- The parties shall complete initial disclosures by July 15, 2026.

- The parties' joint stipulated facts ("JSF") are due July 29, 2026.  As an example, *see* 25 Civ. 3948, Dkt. 26.

**Summary judgment motion by New York Schools Insurance Reciprocal ("NYSIR")**

- A motion for summary judgment by NYSIR is due August 7, 2026.'

- An opposition by either defendant are due August 26, 2026.

- A reply by NYSIR is due September 9, 2026.

**Summary judgment motions by defendants**

- A motion for summary judgment by Ohio Security Insurance Company ("OSIC") is due August 12, 2026.

- A combined motion for summary judgment and opposition to OSIC's motion by Accident Fund Insurance Company of America ("AFIC") is due August 26, 2026.

- OSIC's reply in support of summary judgment and opposition to AFIC's motion is due on September 9, 2026.

- A reply in support of summary judgment by AFIC is due September 16, 2026.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 20, 2026
      New York, New York