LEWIS JOHS

Lewis Johs Avallone Aviles, LLP

Counsellors at Law

July 28, 2026

**VIA ECF & Email**
EngelmayerNYSDChambers@nysd.uscourts.gov
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court, SDNY
40 Foley Square, Courtroom 1305
New York, New York 10007
Telephone: (973) 532-1900

**Re: New York Schools Insurance Reciprocal v. Ohio Security Insurance Company and Accident Fund Insurance Company of America**
**Civil Action No.: 1:26-cv-1126 PAE-GWG**

Dear District Judge Engelmayer:

This office represents the plaintiff, New York Schools Insurance Reciprocal ("NYSIR") in the above-referenced matter.

Plaintiffs respectfully request, on consent of all parties, an extension of 30 days of each of the deadlines for filing of the joint stipulated facts, motions and cross-motions for summary judgment, oppositions and replies for such motions as set forth in the Court's May 20, 2026 Order (ECF 32). This is the parties' first request for an extension. The parties continue to diligently work to complete initial disclosures and document exchanges necessary for motion practice. Plaintiff is requesting additional time so that discovery can be completed before the parties engage in motion practice. The parties expect that discovery will be completed by the current September 17, 2026 deadline.

The parties appreciate Your Honor's courtesies and kind attention to this matter.

Respectfully submitted,

LEWIS JOHS AVALLONE AVILES, LLP
***Attorneys for Plaintiff***
1377 Motor Parkway-Suite 400
Islandia, New York 11749
Tel: 631.755.0101

Karen M Berberich

Karen M. Berberich
kmberberich@lewisjohs.com

LEWIS JOHS
Lewis Johs Avallone Aviles, LLP
Counsellors at Law



cc:

Melito & Adolfsen, P.C.
Attn.: Steven Irwin Lewbel, Esq.
Woolworth Building
233 Broadway, Suite 2070
New York, New York 10279
SIL@melitoadolfsen.com

Hardin, Kundla, McKeon
& Poletto, P.A.
Attn.: Arthur A. Povelones, Esq.
John S. Favate, Esq.
100 William Street, 24th Floor
New York, New York 10038
apovelones@hkmpp.com
Jfavate@hkmpp.com

GRANTED.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 28, 2026
New York, New York