HARDIN, KUNDLA, MCKEON & POLETTO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
110 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 571-0111
FAX (212) 571-1117

www.HKMPP.com

NEW JERSEY OFFICE
673 Morris Avenue
Springfield, New Jersey 07081
(973) 912-5222
FAX (973) 912-9212

PENNSYLVANIA OFFICE
60 West Broad Street
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

**John S. Favate**
jfavate@hkmpp.com
Member of N.Y. and N.J. Bar

August 17, 2026

VIA: ECF

**Hon. Paul A. Engelmayer, U.S.D.J.**
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

**RE: New York Schools Insurance Reciprocal vs. Ohio Security Insurance Company, et al.**
**Civil Action No: 1:26-cv-1126**

Dear Judge Engelmayer:

I represent defendant Ohio Security Insurance Company ("OSIC"). I respectfully submit this letter motion with the consent of counsel for plaintiff and codefendant, Accident Fund Insurance Company of America, to request that the Court defer all existing deadlines pending the outcome of private mediation currently scheduled for October 15, 2026.

This case, and the related matter pending before Your Honor entitled *Ohio Security Ins. Co. v. Accident Fund Ins. Co. of America*, Civil Action No. 1:25-cv-03948[1], involve disputes concerning insurance coverage for an underlying liability matter entitled *Edwin Alonso Caceres Sanchez vs. Tarrytown Union Free School District*, Index No. 56277/2024 ("Underlying Action").

The parties to the Underlying Action, together with the parties to this action and the related matter pending before Your Honor, all have agreed to participate in private mediation currently scheduled for October 15, 2026. Therefore, the parties respectfully request that the Court defer all current deadlines in this action pending the outcome of the October 15, 2026 mediation. The parties will report to Your Honor immediately following the mediation.

1 The Court stayed the related matter by Order filed May 28, 2026 (CM/ECF Doc. No. 53).

The Court's assistance and consideration is greatly appreciated.

Respectfully submitted,

John S. Favate

JSF:CC
cc: Karen M. Berberich, Esq. (via CM/ECF)
Steven I. Lewbel, Esq. (via CM/ECF)

GRANTED. The current deadlines for the joint stipulated facts ("JSF") and ensuing summary judgment submissions are set at docket 34, which extended by 30 days the deadlines set at docket 32, such that the deadline for the first submission, the JSF, is August 28, 2026. In the event mediation does not succeed, the Court will set deadlines for those filings keyed to the time remaining, as of today's stay, before the current filing deadlines. The Court directs counsel to file a joint letter within three business days of the October 15, 2026 mediation, notifying the Court whether mediation resulted in a settlement of this matter.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: August 17, 2026
New York, New York