HARDIN, KUNDLA, MCKEON & POLETTO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
110 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 571-0111
FAX (212) 571-1117

www.HKMPP.com

NEW JERSEY OFFICE
673 Morris Avenue
Springfield, New Jersey 07081
(973) 912-5222
FAX (973) 912-9212

PENNSYLVANIA OFFICE
60 West Broad Street
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

**John S. Favate**
**jfavate@hkmpp.com**

Member of N.J. and N.Y. Bar

October 19, 2026

VIA: CM/ECF

**Hon. Paul A. Engelmayer**
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Re: Ohio Security Insurance Company v. Accident Fund Insurance Company of America**
**Civil Action No: 1:25-cv-03948**
**("OSIC Action")**
**New York Schools Insurance Reciprocal vs. Ohio Security Insurance Company, et al.**
**Civil Action No: 1:26-cv-1126**
**("Insurance Reciprocal Action")**

Dear Judge Engelmayer:

I represent Ohio Security Insurance Company ("OSIC") which is the plaintiff in the OSIC Action and a defendant/cross-claimant in the Insurance Reciprocal Action. Please accept this joint letter motion as a request by all parties to the OSIC Action and the Insurance Reciprocal Action to continue the stay in those matters while the global mediation in which the parties are participating continues.

Your Honor entered an Order staying the OSIC Action on May 28, 2026 (CM/ECF Doc. No. 53). On August 17, 2026, Your Honor entered a similar Order staying the Insurance Reciprocal Action

(CM/ECF Doc. No. 37). The purpose for the Stay Orders was to allow the parties to participate in a global mediation involving the underlying liability action. That mediation was commenced on Thursday, October 15, 2026 as scheduled and is continuing with progress having been made.

The plaintiff and OSIC as a defendant in the Insurance Reciprocal Action have reached an interim settlement pursuant to which OSIC will assume the defense of the School District in the underlying liability case and reimburse the plaintiff for reasonable and necessary post-notice defense expenses. This settlement is subject to a reservation of all rights with respect to indemnity and with respect to codefendant Accident Fund's obligation to defend and indemnify the School District as an additional insured on a primary and noncontributory basis and reimburse OSIC for costs OSIC incurs to defend the School District and reimburse the plaintiff.

In addition to the interim settlement between plaintiff and OSIC in the Insurance Reciprocal Action, further progress was made during the initial mediation session and discussions are continuing with respect to a potential global resolution.

Accordingly, the parties jointly request that the Court continue to stay the OSIC Action and the Insurance Reciprocal Action for an additional 30 days to ascertain whether further litigation in either case is necessary.

Should the Court have any questions, counsel for the parties can be available as necessary.

The Court's assistance and consideration is greatly appreciated.

Respectfully,

John S. Favate

JSF:CC
cc: Steven I. Lewbel, Esq.
Melito & Adolfsen, P.C.
(via CM/ECF)

Karen M. Berberich, Esq.
Lewis Johs Avallone Aviles, LLP
(via CM/ECF)

Granted. The Court appreciates the update.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 19, 2026
New York, New York