HARDIN, KUNDLA, MCKEON & POLETTO
COUNSELLORS AT LAW
A PROFESSIONAL CORPORATION
110 WILLIAM STREET
NEW YORK, NEW YORK 10038
(212) 571-0111
FAX (212) 571-1117

www.HKMPP.com

NEW JERSEY OFFICE
673 Morris Avenue
Springfield, New Jersey 07081
(973) 912-5222
FAX (973) 912-9212

PENNSYLVANIA OFFICE
60 West Broad Street
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

**John S. Favate**
**jfavate@hkmpp.com**
Member of N.J. and N.Y. Bar

November 19, 2026

VIA: CM/ECF

**Honorable Paul A. Engelmayer**
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Re: Ohio Security Insurance Company v. Accident Fund Insurance Company of America**
**Civil Action No: 1:25-cv-03948**
**("OSIC Action")**
**New York Schools Insurance Reciprocal vs. Ohio Security Insurance Company, et al.**
**Civil Action No: 1:26-cv-1126**
**("Insurance Reciprocal Action")**

Dear Judge Engelmayer:

I represent Ohio Security Insurance Company ("OSIC") which is the plaintiff in the OSIC Action and a defendant/cross-claimant in the Insurance Reciprocal Action. Please accept this joint letter motion as a request by all parties to the OSIC Action and the Insurance Reciprocal Action to continue the stay in those matters while the global mediation in which the parties are participating continues.

Your Honor entered an Order continuing the stay in the OSIC and Insurance Reciprocal Actions on October 19, 2026 (CM/ECF Doc. Nos. 55 – OSIC Action and 40 – Insurance Reciprocal Action). The purpose for those Stay Orders was to enable the parties to participate in a global mediation involving the OSIC Action, Insurance Reciprocal Action and the underlying liability action. The mediation was commenced with all parties participating on October 15, 2026

and is continuing with certain progress having been made and an expectation that further progress will be accomplished. The mediator is continuing to engage with the parties on an individual basis. In the meantime, the underlying action now has a March 2027 trial date.

As previously reported, the plaintiff and OSIC as a defendant in the Insurance Reciprocal Action have reached an interim settlement pursuant to which OSIC will assume the defense of the School District in the underlying liability case and reimburse the plaintiff for reasonable and necessary post-notice defense expenses. This settlement is subject to a reservation of all rights with respect to indemnity and with respect to codefendant Accident Fund's obligation to defend and indemnify the School District as an additional insured on a primary and noncontributory basis and reimburse OSIC for costs OSIC incurs to defend the School District and reimburse the plaintiff.[1]

In addition to the interim settlement between plaintiff and OSIC in the Insurance Reciprocal Action, further progress was made during the initial mediation session and discussions are continuing with respect to a potential global resolution.

Accordingly, the parties jointly request that the Court continue to stay the OSIC Action and the Insurance Reciprocal Action to a date in January 2027 to ascertain whether further litigation in either case pending before Your Honor is necessary.

Should the Court have any questions, counsel for the parties can be available as necessary. The Court's assistance and consideration is greatly appreciated.

Respectfully,

John S. Favate

JSF:CC
cc: Steven I. Lewbel, Esq.
Melito & Adolfsen, P.C.
(via CM/ECF)

Karen M. Berberich, Esq.
Lewis Johs Avallone Aviles, LLP
(via CM/ECF)

[1] In the OSIC Action, the Court has determined that Accident Fund is obligated to defend OSIC's named insured, Grace Contracting and Development LLC in the underlying liability action. (CM/ECF No. 41).

Granted. The parties are directed to file another joint status report no later than January 15, 2027.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 20, 2026
New York, New York